[No. 14478-0-III.    Division Three.    June 13, 1996.]

FORREST FUTCH, *Respondent*, v. HADLEY W. STEPHENS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Yakima County, No. 94-2-01590-6, Stephen M. Brown, J., entered November 17, 1994. *Affirmed* by unpublished opinion per Sweeney, C.J., concurred in by Thompson and Schultheis, JJ.

[No. 14571-9-III.    Division Three.    June 13, 1996.]

WARDEN HUTTERIAN BRETHREN, *Appellant*, v. WASHINGTON TRUST BANK, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Spokane County, No. 86-2-02731-3, Wallis W. Friel, J., entered December 23, 1994. *Affirmed* by unpublished opinion per Munson, J., concurred in by Schultheis, A.C.J., and Thompson, J.

[No. 17502-9-II.    Division Two.    June 14, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. LINDSEY L. CRUMPTON, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 93-1-00265-1, M. Karlyn Haberly, J., entered September 10, 1993. *Affirmed* by unpublished opinion per Houghton, A.C.J., concurred in by Turner and Armstrong, JJ.

[No. 18200-9-II.    Division Two.    June 14, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. PETER CAMERON PIPER, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 93-8-392, James Warme, J., entered April 19, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Morgan and Turner, JJ.